IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| PRESSMAN, INC. d/b/a PILL BOX PHARMACY, a Florida Limited Liability Company, individually and as the representative of a class of similarly-situated persons,<br><br>              Plaintiff,<br><br>v.<br><br>BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER A.G., and JOHN DOES 1-12,<br>              Defendant. | CASE NO. 16-cv-60089-CIV-DIMITROULEAS |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff, Pressman, Inc. d/b/a Pill Box Pharmacy ("Plaintiff"), through its attorneys, pursuant to Fed. R. Civ. P. 15(a)(2), moves for an order granting it leave to file an amended complaint against Bayer Corporation, Bayer Healthcare, LLC, Bayer A.G., and John Does 1-12 (collectively, "Defendants"), so as to add Ascensia Diabetes Care US, Inc., Ascensia Diabetes Care Holdings AG, Ascensia Diabetes Care, and Panasonic Healthcare Holdings Co., Ltd. as defendants, and in support thereof states as follows:

    1.    Plaintiff filed its Class Action Complaint on January 14, 2016.  (Doc. 1).

    2.    Plaintiff has since determined that Ascensia Diabetes Care US, Inc., Ascensia Diabetes Care Holdings AG, Ascensia Diabetes Care, and Panasonic Healthcare Holdings Co., Ltd. were all involved in, and liable for, the fax broadcast campaign at the center of this lawsuit. Consequently, Plaintiff now seeks to amend its Complaint to reflect this and add those entities as defendants.

3. Plaintiff cannot amend its complaint as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1) because Defendants have not yet been served.

4. Therefore, pursuant to Fed. R. Civ. P. 15(a)(2), which allows a party to amend its pleading with the Court's leave whenever justice so requires, Plaintiff seeks leave of the Court to file its Amended Complaint, attached as Exhibit A.

5. Plaintiff has not previously sought leave to amend its complaint.

6. Defendants will not be prejudiced by Plaintiff amending its complaint because this case is still in the early stages and Defendants have not yet been served.

WHEREFORE, in the interests of justice, the court should grant Plaintiff leave to file its Amended Complaint.

January 20, 2016                                   Respectfully submitted,

                                                   /s/ Phillip A. Bock
                                                   One of Plaintiff's Attorneys

                                                   Phillip A. Bock
                                                   Tod A. Lewis
                                                   James M. Smith
                                                   BOCK & HATCH, LLC
                                                   134 N. La Salle St., Ste. 1000
                                                   Chicago, IL 60602
                                                   Telephone: 312-658-5500
                                                   Fax: 312-658-5555

                                                   Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2016, I caused the foregoing to be filed using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

/s/ Phillip A. Bock