

**Attention Pharmacist**

PLEASE POST

# Effective January 1, 2015
# Bayer meters and test strips are EXCLUSIVE on Blue Cross and Blue Shield of Florida

*7-1-15  10:42 AM*
*Janice cust service Dept*
*Bayer meters*
*Rebate services*

## A personal approach to blood glucose monitoring

With CONTOUR®NEXT blood glucose monitoring systems from Bayer, there's an easy and accurate meter to meet many of your patients' needs.


Second-Chance™ sampling


multipulse»


NO CODING



### The CONTOUR®NEXT portfolio of meters all offer easy-to-use features and enhanced accuracy:

- Second-Chance™ sampling
- No Coding™ technology
- Fast test time: 5-second countdown
- Small blood sample: 0.6 µL
- All CONTOUR®NEXT portfolio of meters use the CONTOUR®NEXT test strips

- Proprietary mediator: provides increased stability for enhanced accuracy
- MULTIPULSE™ accuracy technology from Bayer ensures accurate blood glucose measurements, even when blood glucose levels are low. Accuracy is not affected by many interfering substances*
- Advanced algorithm: corrects signals from various sources of error, including temperature, hematocrit, and user technique

### Free Meter Offer for your Blue Cross and Blue Shield of Florida Patients

**Upgrade today!**

| RxBIN # | PCN # | Group # | Identification # | Expiration Date |
|---|---|---|---|---|
| 015251 | PRX2000 | BZCN86 | BC869986586 | 6/30/2015 |

* Limitations and restrictions apply. While supplies last. Void where prohibited. This offer must be accompanied by a prescription. Contact the patient's physician if no prescription is on file. Bayer reserves the right to terminate the program without notice. Products provided as a free sample should not be resold or submitted to any third-party payer for reimbursement. Please refer to package insert for Bayer CONTOUR®NEXT blood glucose test strips.

- The above ID# can be used for all patients (limit = 1 meter/patient/12 month period)
- Transmit claim on-line to RxSolutions using Rx3in# 015251
- Valid Prescriber ID#, Patient Name, and DOB are required for claim adjudication
- For assistance in filing this claim, please call the Help Desk at 1-800-510-4836

▶ For more information visit **BayerContourPro.com**




## Attention Pharmacist

### Effective January 1, 2015
# Bayer meters and test strips are EXCLUSIVE on Blue Cross and Blue Shield of Florida

## A personal approach to blood glucose monitoring

With CONTOUR®NEXT blood glucose monitoring systems from Bayer, there's an easy and accurate meter to meet many of your patients' needs.






Second-Chance™ sampling   multipulse))   NO CODING

## The CONTOUR®NEXT portfolio of meters all offer easy-to-use features and enhanced accuracy:

- Second-Chance™ sampling
- No Coding™ technology
- Fast test time: 5-second countdown
- Small blood sample: 0.6 µL
- All CONTOUR®NEXT portfolio of meters use the CONTOUR®NEXT test strips

- Proprietary mediator: provides increased stability for enhanced accuracy
- MULTIPULSE™ accuracy technology from Bayer ensures accurate blood glucose measurements, even when blood glucose levels are low. Accuracy is not affected by many interfering substances*
- Advanced algorithm: corrects signals from various sources of error, including temperature, hematocrit, and user technique

### Free Meter Offer for your Blue Cross and Blue Shield of Florida Patients

**Upgrade today!**

| RxBIN # | PCN # | Group # | Identification # | Expiration Date |
|---|---|---|---|---|
| 015251 | PRX2000 | BZCN85 | BC869986586 | 6/30/2015 |

* Limitations and restrictions apply. While supplies last. Void where prohibited. This offer must be accompanied by a prescription. Contact the patient's physician if no prescription is on file. Bayer reserves the right to terminate the program without notice. Products provided as a free sample should not be resold or submitted to any third-party payer for reimbursement. Please refer to package insert for Bayer CONTOUR®NEXT blood glucose test strips.

- The above ID# can be used for all patients (limit = 1 meter/patient/12 month period)
- Transmit claim on-line to RxSolutions using RxBin# 015251
- Valid Prescriber ID#, Patient Name, and DOB are required for claim adjudication
- For assistance in filing this claim, please call the Help Desk at 1-800-510-4836



For more information visit **BayerContourPro.com**




**Attention Pharmacist**

# Effective January 1, 2015
# Bayer meters and test strips are EXCLUSIVE on Blue Cross and Blue Shield of Florida

## A personal approach to blood glucose monitoring

With CONTOUR®NEXT blood glucose monitoring systems from Bayer, there's an easy and accurate meter to meet many of your patients' needs.






## The CONTOUR®NEXT portfolio of meters all offer easy-to-use features and enhanced accuracy:

- Second-Chance™ sampling
- No Coding™ technology
- Fast test time: 5-second countdown
- Small blood sample: 0.6 µL
- All CONTOUR®NEXT portfolio of meters use the CONTOUR®NEXT test strips

- **Proprietary mediator:** provides increased stability for enhanced accuracy
- **MULTIPULSE™ accuracy technology** from Bayer ensures accurate blood glucose measurements, even when blood glucose levels are low. Accuracy is not affected by many interfering substances*
- **Advanced algorithm:** corrects signals from various sources of error, including temperature, hematocrit, and user technique

### Free Meter Offer for your Blue Cross and Blue Shield of Florida Patients

**Upgrade today!**

| RxBIN # | PCN # | Group # | Identification # | Expiration Date |
|---|---|---|---|---|
| 015251 | PRX2000 | BZCN85 | BC869986586 | 6/30/2015 |

* Limitations and restrictions apply. While supplies last. Void where prohibited. This offer must be accompanied by a prescription. Contact the patient's physician if no prescription is on file. Bayer reserves the right to terminate the program without notice. Free acts provided as a free sample should not be resold or submitted to any third-party payer for reimbursement. Please refer to package insert for Bayer CONTOUR®NEXT blood glucose test strips.

- The above ID# can be used for all patients (limit = 1 meter/patient/12 month period)
- Transmit claim on-line to RxSolutions using RxBin# 015251
- Valid Prescriber ID#, Patient Name, and DOB are required for claim adjudication
† For assistance in filing this claim, please call the Help Desk at 1-800-510-4836

▶ For more information visit **BayerContourPro.com**





**Attention Pharmacist**

# Effective January 1, 2015
# Bayer meters and test strips are EXCLUSIVE on Blue Cross and Blue Shield of Florida



## A personal approach to blood glucose monitoring

With CONTOUR®NEXT blood glucose monitoring systems from Bayer, there's an easy and accurate meter to meet many of your patients' needs.


Second-Chance™ sampling







## The CONTOUR®NEXT portfolio of meters all offer easy-to-use features and enhanced accuracy:

- Second-Chance™ sampling
- No Coding™ technology
- Fast test time: 5-second countdown
- Small blood sample: 0.6 μL
- All CONTOUR®NEXT portfolio of meters use the CONTOUR®NEXT test strips

- Proprietary mediator: provides increased stability for enhanced accuracy
- MULTIPULSE™ accuracy technology from Bayer ensures accurate blood glucose measurements, even when blood glucose levels are low. Accuracy is not affected by many interfering substances*
- Advanced algorithm: corrects signals from various sources of error, including temperature, hematocrit, and user technique

### Free Meter Offer for your Blue Cross and Blue Shield of Florida Patients

**Upgrade today!**

| RxBIN # | PCN # | Group # | Identification # | Expiration Date |
|---------|-------|---------|------------------|-----------------|
| 015251  | PRX2000 | BZCN85 | BC869986586 | 6/30/2015 |

* Limitations and restrictions apply. While supplies last. Void where prohibited. This offer must be accompanied by a prescription. Contact the patient's physician if no prescription is on file. Bayer reserves the right to terminate the program without notice. Products provided as a free sample should not be resold or submitted to any third-party payer for reimbursement. Please refer to package insert for Bayer CONTOUR®NEXT blood glucose test strips.

- The above ID# can be used for all patients (limit = 1 meter/patient/12 month period)
- Transmit claim on-line to RxSolutions using RxBin# 015251
- Valid Prescriber ID#, Patient Name, and DOB are required for claim adjudication
- For assistance in filing this claim, please call the Help Desk at 1-800-510-4836

 **For more information visit BayerContourPro.com**




**Attention Pharmacist**

# Effective January 1, 2015
# Bayer meters and test strips are EXCLUSIVE on Blue Cross and Blue Shield of Florida

## A personal approach to blood glucose monitoring

With CONTOUR®NEXT blood glucose monitoring systems from Bayer, there's an easy and accurate meter to meet many of your patients' needs.






## The CONTOUR®NEXT portfolio of meters all offer easy-to-use features and enhanced accuracy:

- Second-Chance™ sampling
- No Coding™ technology
- Fast test time: 5-second countdown
- Small blood sample: 0.6 μL
- All CONTOUR®NEXT portfolio of meters use the CONTOUR®NEXT test strips

- **Proprietary mediator**: provides increased stability for enhanced accuracy
- **MULTIPULSE™ accuracy technology** from Bayer ensures accurate blood glucose measurements, even when blood glucose levels are low. Accuracy is not affected by many interfering substances*
- **Advanced algorithm**: corrects signals from various sources of error, including temperature, hematocrit, and user technique

### Free Meter Offer for your Blue Cross and Blue Shield of Florida Patients

**Upgrade today!**

| RxBIN # | PCN # | Group # | Identification # | Expiration Date |
|---------|-------|---------|------------------|-----------------|
| 015251  | PRX2000 | BZCN85 | BC869986586 | 6/30/2015 |

* Limitations and restrictions apply. While supplies last. Void where prohibited. This offer must be accompanied by a prescription. Contact the patient's physician if no prescription is on file. Bayer reserves the right to terminate the program without notice. Products provided as a free sample should not be resold or submitted to any third-party payer for reimbursement. Please refer to package insert for Bayer CONTOUR®NEXT blood glucose test strips.

- The above ID# can be used for all patients (limit = 1 meter/patient/12 month period)
- Transmit claim on-line to RxSolutions using RxBin# 015251
- Valid Prescriber ID#, Patient Name, and DOB are required for claim adjudication
- For assistance in filing this claim, please call the Help Desk at 1-800-510-4836

 **For more information visit BayerContourPro.com**