IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| PRESSMAN, INC. d/b/a PILL BOX PHARMACY, individually and as the representative of a class of similarly-situated persons,<br><br>     Plaintiff,<br><br>  v.<br><br>BAYER AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER DIABETES CARE, ASCENSIA DIABETES CARE US, INC., ASCENSIA DIABETES CARE HOLDINGS AG, ASCENSIA DIABETES CARE, and PANASONIC HEALTHCARE HOLDINGS CO., LTD.<br><br>     Defendants. | CASE NO. 16-cv-60089-CIV-DIMITROULEAS |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41 (a) (1) (A) (i), Pressman, Inc. d/b/a Pill Box Pharmacy dismisses this action without prejudice, with each party to bear its own fees and costs incurred as a result of the subject proceedings. No defendant has served an answer to Plaintiff's Amended Class Action Complaint or a motion for summary judgment.

February 16, 2016

Respectfully submitted,

PRESSMAN, INC. d/b/a PILL BOX PHARMACY, individually and as the representative of a class of similarly-situated persons,

/s/ Phillip A. Bock

        Phillip A. Bock (Fla. Bar. No. 93895)
Tod A. Lewis
James M. Smith
BOCK & HATCH, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL  60602
Telephone:  312-658-5500
Email: phil@bockhatchllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2016, I caused the foregoing to be filed using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

/s/ Phillip A. Bock