UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60089-CIV-DIMITROULEAS

PRESSMAN, INC. d/b/a PILL BOX
PHARMACY, a Florida Limited Liability
Company, individually and as the
representative of a class of similarly-situated
persons,

      Plaintiff,

vs.

BAYER CORPORATION, BAYER
HEALTHCARE LLC, BAYER A.G., and
JOHN DOES 1-12,

      Defendant.

_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal [DE 13]

(the "Notice"), filed herein on February 16, 2016. The Court has carefully considered the Notice,

and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Notice [DE 13] is hereby **APPROVED**;

2. This action is **DISMISSED without prejudice**, with each party to bear its own

   costs and fees except as otherwise agreed;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as

   moot.

1

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this

17th day of February 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record